# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| SOUTH RIVER WATERSHED ALLIANCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action File No. 1:23-CV-03416-JPB |
| CITY OF ATLANTA and ATLANTA POLICE FOUNDATION, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC ITEMS INTO THE COURTHOUSE

Defendants City of Atlanta and the Atlanta Police Foundation (collectively, "Defendants") respectfully move this Court pursuant to Local Rule 83.4 and Section III(t) of the Court's Standing Order (Doc. 4) to issue an order permitting counsel and party representatives to bring electronic items into the courthouse, showing as follows:

1. The Court will hold a hearing on November 15, 2023, regarding Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss.

2. Defendants jointly request permission for counsel to bring electronic equipment into the Courthouse for use at the hearing.

3. In particular, Defendants request that William M. Droze, E. Fitzgerald Viera, Byron Kirkpatrick, Kadeisha West, Simon H. Bloom, Troy R. Covington, Andrei V. Ionescu, Nina Hickson, and Sharon Broach each be permitted to bring the following electronic equipment into the Courthouse: laptop computer, iPad, and cellular telephone.

4. A proposed order to this effect is attached hereto for the Court's convenience.

Respectfully submitted this 10th day of November, 2023.

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS, LLP** | **BLOOM PARHAM, LLP** |
| /s/ William M. Droze* | /s/ Troy R. Covington |
| *(signed with express permission)* | Simon Bloom, Ga. Bar No. 064298 |
| William M. Droze, Ga. Bar No. 231039 | Troy R. Covington, Ga. Bar No. 190949 |
| E. Fitzgerald Viera, Ga. Bar No. 726726 | Andrei Ionescu, Ga. Bar No. 105204 |
| Byron Kirkpatrick, Ga. Bar No. 396394 | 977 Ponce de Leon, Ave. NE |
| Kadeisha West, Ga. Bar No. 640699 | Atlanta, GA 30306 |
| 600 Peachtree Street NE, Suite 3000 | (404) 577-7710 |
| Atlanta, GA 30308 | sbloom@bloom-law.com |
| (404) 885-3000 | tcovington@bloom-law.com |
| william.droze@troutman.com | aionescu@bloom-law.com |
| fitzgerald.veira@troutman.com | |
| byron.kirkpatrick@troutman.com | |
| kadeisha.west@troutman.com | |
| | |
| *Counsel for Defendant the City of Atlanta* | *Counsel for Defendant Atlanta Police Foundation, Inc.* |

-3-

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Times New Roman 14-point font.

Respectfully submitted this 10th day of November, 2023.

                                           */s/ Troy R. Covington*
                                           Simon H. Bloom
                                           Georgia Bar No. 064298
                                           Troy R. Covington
                                           Georgia Bar No. 190949
                                           Andrei V. Ionescu
                                           Georgia Bar No. 105204

BLOOM PARHAM, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306
Tel: (404) 577-7710
sbloom@bloom-law.com
tcovington@bloom-law.com
aionescu@bloom-law.com

*Counsel for Defendant Atlanta Police Foundation, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on November 10, 2023, I have caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted this 10th day of November, 2023.

                                              */s/ Troy R. Covington*
                                              Simon H. Bloom
                                              Georgia Bar No. 064298
                                              Troy R. Covington
                                              Georgia Bar No. 190949
                                              Andrei V. Ionescu
                                              Georgia Bar No. 105204

BLOOM PARHAM, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306
Tel: (404) 577-7710
sbloom@bloom-law.com
tcovington@bloom-law.com
aionescu@bloom-law.com

*Counsel for Defendant Atlanta Police Foundation, Inc.*