# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| SOUTH RIVER WATERSHED ALLIANCE, INC., ) ) ) Plaintiff, ) ) v. ) ) CITY OF ATLANTA and ) ATLANTA POLICE ) FOUNDATION, INC., ) ) Defendants. ) | Civil Action File No. 1:23-CV-03416-JPB |

## ORDER

Pursuant to Local Rule 83.4 for the Northern District of Georgia, it is hereby ordered that the following individuals each be allowed to bring the following equipment on November 15, 2023, to Courtroom 1908 on the Nineteenth Floor of the United States Courthouse and Federal Building.

William M. Droze, E. Fitzgerald Viera, Byron Kirkpatrick, Kadeisha West, Simon H. Bloom, Troy R. Covington, Andrei V. Ionescu, Nina Hickson, and Sharon Broach: laptop computer, iPad, and cellular telephone each.

-2-

Proper identification will be required upon entering the security station. This order shall be effective until completion of the proceedings.

SO ORDERED this 13th day of November, 2023.

J. P. BOULEE
United States District Judge