# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| South River Watershed Alliance, Inc., | * |
| | * |
| Plaintiff, | * |
| v. | * Case 1:23-cv-03416-JPB |
| | * |
| City of Atlanta and | * |
| Atlanta Police Foundation, Inc., | * |
| | * |
| Defendants. | * |
| | * |

**Joint Motion for Extension of Time to File Initial Disclosures**

Plaintiff South River Watershed Alliance, Inc. with Defendants City of Atlanta and the Atlanta Police Foundation, Inc. jointly move this Court for an extension of time to begin discovery and file initial disclosures. South River Watershed Alliance, Inc. and the City of Atlanta have reached an agreement that is expected to resolve all claims against all parties in this case. The parties will file a status report by November 12, 2024.

A proposed order is attached.

Filed October 23, 2024.

**TROUTMAN PEPPER HAMILTON SANDERS, LLP**

*/s/ William M. Droze*

William M. Droze, Ga. Bar No. 231039
Byron Kirkpatrick, Ga. Bar No. 396394
Kadeisha West, Ga. Bar No. 640699
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308 (404) 885-3000
william.droze@troutman.com
byron.kirkpatrick@troutman.com
kadeisha.west@troutman.com
*Counsel for Defendant the City of Atlanta*

**BLOOM PARHAM, LLP**

*/s/ Troy R. Covington*

Simon H. Bloom, Ga. Bar No. 064298
Troy R. Covington, Ga. Bar No. 190949
977 Ponce de Leon, Ave. NE
Atlanta, GA 30306
(404) 577-7710
sbloom@bloom-law.com
tcovington@bloom-law.com
*Counsel for Defendant Atlanta Police Foundation, Inc.*

**LAW OFFICE OF JON SCHWARTZ**

/s/ Jon Schwartz

Jon Schwartz, Ga. Bar. No. 631038
1100 Peachtree St., N.E., Suite 250
Atlanta, GA 30309
(404) 667-3047
jon@jonschwartz.net
*Counsel for Plaintiff South River Watershed Alliance, Inc.*