UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SOUTH RIVER WATERSHED
ALLIANCE, INC.,

   Plaintiff,

v.

CIVIL ACTION NO.
1:23-CV-03416-JPB

CITY OF ATLANTA, et al.,

   Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Motion for

Extension of Time to File Initial Disclosures [Doc. 59].  For good cause shown, the

Motion is **GRANTED**.  In the Motion, the parties informed the Court that they

have reached an agreement that is expected to resolve all claims against all parties

in this case.  Id. at 1.  In light of the pending settlement agreement, the Clerk is

**DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket

management purposes.  Administrative closure will not prejudice the rights of the

parties to this litigation in any manner nor preclude the filing of documents.  If

settlement negotiations fail, the parties need only file a motion to reopen the case

within the time period covered by this Order.

The parties are **ORDERED** to file the appropriate documents to dispose of the case within sixty days.  Absent an extension or further order of the Court, if no request to reopen the case is made within sixty days, the Court may dismiss the case with prejudice.

**SO ORDERED** this 28th day of October, 2024.

J. P. BOULEE
United States District Judge