# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| South River Watershed Alliance, Inc., | * |
| | * |
| Plaintiff, | * |
| v. | * Case 1:23-cv-03416-JPB |
| | * |
| City of Atlanta and | * |
| Atlanta Police Foundation, Inc., | * |
| | * |
| Defendants. | * |
| | * |

## Joint Motion for Approval of Amended Settlement Agreement and Order of Dismissal

Plaintiff South River Watershed Alliance, Inc. with Defendants City of Atlanta and the Atlanta Police Foundation, Inc. jointly move this Court for an Order that approves the attached *Amended Settlement Agreement,* dismisses this action with prejudice, and retains jurisdiction to enforce the *Amended Settlement Agreement*.

The U.S. Environmental Protection Agency Administrator and the U.S. Attorney General received copies by certified mail of the *Amended Settlement Agreement* on Feb. 11, 2025, and the 45-day review period under 33 U.S.C. § 1365(c)(3) ended without comment by the Environmental Protection Agency or Department of Justice.

A proposed order is attached.

Filed March 31, 2025.

**LAW OFFICE OF JON SCHWARTZ**

*/s/ Jon Schwartz*

Jon Schwartz, Ga. Bar. No. 631038
1100 Peachtree St., N.E., Suite 250
Atlanta, GA 30309
(404) 667-3047
jon@jonschwartz.net
*Counsel for Plaintiff South River Watershed Alliance, Inc.*


**TROUTMAN PEPPER HAMILTON SANDERS, LLP**

*/s/ William M. Droze*

William M. Droze, Ga. Bar No. 231039
Byron Kirkpatrick, Ga. Bar No. 396394
Kadeisha West, Ga. Bar No. 640699
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308 (404) 885-3000
william.droze@troutman.com
byron.kirkpatrick@troutman.com
kadeisha.west@troutman.com
*Counsel for Defendant the City of Atlanta*

**BLOOM PARHAM, LLP**

*/s/ Troy R. Covington*

Simon H. Bloom, Ga. Bar No. 064298
Troy R. Covington, Ga. Bar No. 190949
977 Ponce de Leon, Ave. NE
Atlanta, GA 30306
(404) 577-7710
sbloom@bloom-law.com
tcovington@bloom-law.com
*Counsel for Defendant Atlanta Police Foundation, Inc.*