UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTH RIVER WATERSHED ALLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ATLANTA, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:23-CV-03416-JPB |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Approval of Amended Settlement Agreement and Order of Dismissal [Doc. 62]. After consideration, and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that the Amended Settlement Agreement at Doc. 62-1 is approved, that this action is dismissed with prejudice, and that this Court retains jurisdiction to enforce the Amended Settlement Agreement.

**SO ORDERED** this 1st day of April, 2025.

J. P. BOULEE
United States District Judge